# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 13, 2013

No. 12-31074
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAY HATTON, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:08-CR-109-1

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Ray Hatton, Jr., federal prisoner # 13987-035, pleaded guilty to using a facility in interstate commerce to attempt to coerce a minor to engage in criminal sexual acts, in violation of 18 U.S.C. § 2422(b). R. 1, 62-72, 94. He was sentenced to 65 months in prison and 10 years of supervised release. The instant appeal challenges the district court's denial of his 18 U.S.C. § 3583(e)(2) motion to modify special condition four of his terms of supervised release.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

As the district court determined, because Hatton is still serving his term of imprisonment, any challenge to the conditions of supervised release is arguably premature. "A claim is not ripe for review if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all." *United States v. Carmichael*, 343 F.3d 756, 761, 762 (5th Cir. 2003) (internal quotation marks and footnote omitted). Whether Hatton's future employment will be constrained by special condition four of his terms of supervised release is too speculative, at least as Hatton presented it. Accordingly, we affirm the judgment of the district court.

AFFIRMED.